IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE | Case No. BK24-80610-BSK |
| Michael Adrian Howard,<br>Andrea Jo Howard, | Chapter 7 |
| Debtors. | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2025, a copy of the Notice of Trustee's Final Report and Application for Compensation was filed with the Clerk of the Bankruptcy Court utilizing the CM/ECF system of the United States Bankruptcy Court for the District of Nebraska, and further certify that on the same date I mailed by United States Postal Service, postage prepaid, the document to the non-CM/ECF participants named on the current matrix attached hereto.

      Dated this 22nd day of April, 2025.

/s/ Diane M. Wilson
Diane M. Wilson, Assistant to
Richard D. Myers, Trustee

#4822125.docx

```
Label Matrix for local noticing          American Express National Bank           Core Bank
0867-8                                   Zwicker & Associates, P.C.               c/o Matthew J. Kivett
Case 24-80610-BSK                        80 Minuteman Road                        11240 Davenport Street
District of Nebraska                     P.O. Box 9043                            PO Box 540125
Omaha Office                             Andover, MA 01810-0943                   Omaha, NE 68154-0125
Tue Apr 22 14:27:47 CDT 2025

Andrea Jo Howard                         Michael Adrian Howard                    1217 Partnership
5618 Poppleton Ave                       5618 Poppleton Ave                       c/o Investors Realty, Inc.
Omaha, NE 68106-1655                     Omaha, NE 68106-1655                     12500 I Street, Suite 160
                                                                                  Omaha, NE 68137-1254


240 Tech LLC                             AMV Sales   Consultation LLC             Allianz-Euler Hermes Collection
1320 Arrow Point Dr  406                 c/o William Cornell                      800 Red Brook Blvd 400C
Cedar Park, TX 78613-2095                5439 Leeway                              Owings Mills, MD 21117-5190
                                         Dallas, TX 75236-2265


Alorica                                  Alphabroder                              American Express National Bank, AENB
5161 California Ave                      23591 Network Place                      c/o Zwicker and Associates, P.C.
Irvine, CA 92617-8002                    Chicago, IL 60673-1235                   Attorneys/Agents for Creditor
                                                                                  P.O. Box 9043
                                                                                  Andover, MA 01810-0943

American Express Travel Related Service  Amex Travel                              Atradius Collections
Attn: Bankruptcy                         PO Box 6031                              3500 Lacey Road 220
Po Box 981537                            Carol Stream, IL 60197-6031              Downers Grove, IL 60515-2481
El Paso, TX 79998-1537


Avis, Richard T.                         Beacon Funding Corporation               Beacon Funding Corporation
PO Box 31579                             301 Kelly Drive Unit 7                   3400 Dundee Rd
Chicago, IL 60631-0579                   Peachtree City, GA 30269-1944            Suite 180
                                                                                  Northbrook, IL 60062-2367


Blau Keene Law Group                     Blue Underground                         Brandon G. Stanislaus, Esq.
128 Center Street                        1049 Havenhurst Dr  187                  Zwicker  Associates, PC
El Segundo, CA 90245-4254                Los Angeles, CA 90046-6002               285 Davidson Ave, Suite 307
                                                                                  Somerset, NJ 08873-4153


Break Thru                               Broder Bros Co d/b Alphabroder           Broder Bros Co dba Alphabroder
6115 N Meade Ave  2                      6681 Country Club Drive                  C/O Gurstel Law Firm
Chicago, IL 60646-3814                   Golden Valley                            6681 Country Club Drive
                                         Golden Valley, MN 55427-4601             Golden Valley
                                                                                  Golden Valley, MN 55427-4601

Broder Bros., Co. dba Alpha Broder       Buzzcocks                                CHI Health
Six Neshaminy Interplex, 6th floor       11603 Darlington Ave  6                  PO Box 660873
Feasterville Trevose, PA 19053-6966      Los Angeles, CA 90049-6742               Dallas, TX 75266-0873


CST Co                                   CST Collections                          Cactus and Pearl, LLC
PO Box 33127                             PO Box 33127                             110 E 9th Street C771
Louisville, KY 40232-3127                Louisville, KY 40232-3127                Los Angeles, CA 90079-5035
```

| | | |
|---|---|---|
| Calliandra Productions Ltd<br>County Gate-County Way  Trowbridge<br>Wiltshire England BA14 7FJ UK | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Ceremony of Roses<br>25 Madison Ave - 20th Floor<br>New York, NY 10010-8601 |
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850-5298 | Christopher Whent<br>3270 35th Street<br>Astoria, NY 11106-1261 | Cohn  Dussi, LLC<br>255 State Street, Suite 7B<br>Boston, MA 02109-2613 |
| Core Bank<br>12100 West Center<br>Omaha, NE 68144-3970 | Cox Communications<br>PO Box 2742<br>1341 Crossways Blvd<br>Omaha, NE 68103-2742 | Cox Communications<br>PO Box 650976<br>Dallas, TX 75265-0976 |
| Cro-Mags<br>110 Seaman Avenue  6E<br>New York, NY 10034-2810 | Dataserv Corp<br>PO Box 241726<br>Omaha, NE 68124-5726 | Dead Milkmen/D.M. Music<br>305 East State St<br>Media, PA 19063-3517 |
| Dino s<br>5328 Center St<br>Omaha, NE 68106-2338 | Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Disney-Star Wars/Disney Consumer<br>500 South Buena Vista St<br>Burbank, CA 91521-8651 | Douglas County Attorney<br>1819 Farnam Street<br>Civic Center, Suite  909<br>Omaha, NE 68183-1000 | Douglas County Treasurer<br>909 Civic Center<br>1819 Farnam Street<br>Omaha, NE 68183-1000 |
| Easy Partners LLC<br>415 W 57th St  1D<br>New York, NY 10019-1753 | Ecolab<br>PO Box 70343<br>Chicago, IL 60673-0343 | Elliot Smith - UMG<br>PO Box 74008333<br>Chicago, IL 60674-8333 |
| Emerald City Sales<br>23515 Novelty Hill Rd NE Ste B221,  389<br>Redmond, WA 98053-1996 | Emerald City Sales, Inc.<br>23515 NE NOVELTY HILL RD<br>SUITE B221<br>Redmond, WA 98053-1996 | Epic Rights - UMG<br>21301 Burbank Blvd<br>Woodland Hills, CA 91367-6679 |
| Erin J Lehman<br>10110 Nicholas St Suite 203<br>Omaha, NE 68114-2185 | Erin J Lehman<br>6681 Country Club Drive<br>Minneapolis, MN 55427-4601 | Evil Dead/Creative Licensing Corp.<br>10940 Wilshire Blvd Suite 1600<br>Los Angeles, CA 90024-3910 |
| FedEx Freight<br>Dept CH PO Box 10306<br>Palatine, IL 60055-0001 | FedEx Freight<br>Dept CH PO Box 10306 Forward Dr<br>Harrison, AR 72602-0840 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |

| | | |
|---|---|---|
| Futureshirts<br>3720 Keystone Ave<br>Nashville, TN 37211-3321 | Gal Sohlgi Esq<br>1290 Avenue of Americas<br>Marvel Entertainment, LLC<br>New York, NY 10104-0101 | George Clinton<br>1300 Hendrix Rd<br>Tallahassee, FL 32301-4904 |
| Godzilla/Toho International Inc.<br>2029 Century Park East Suite 1140<br>Los Angeles, CA 90067-2983 | Grimco, Inc.<br>29538 Network Place<br>Chicago, IL 60673-1295 | Gurstel Law Firm<br>10110 Nicholas Street, Suite 203<br>Omaha, NE 68114-2185 |
| Gurstel Law Firm P.C.<br>6681 Country Club Drive<br>Golden Valley, MN 55427-4601 | HFH, LLC<br>Howard Fredrick Hahn<br>PO Box 756<br>Omaha, NE 68101-0756 | HFS Design LLC<br>9891 Irvine Center Drive, Suite 200<br>Irvine, CA 92618-4320 |
| Hirsch Solutions<br>490 Wheeler Rd, Suite 285<br>Hauppauge, NY 11788-4367 | Howard Fredrick Hahn<br>1650 Farnam St<br>Omaha, NE 68102-2104 | Hydrogen Dukebox<br>89 Borough High St<br>London, England SE1 1NL UK |
| Ink Throwers<br>2240 Encinitas Bld  D460<br>Encinitas, CA 92024-4345 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Investors Realty<br>12500 I Street  160<br>Omaha, NE 68137-1254 |
| Jackson Services<br>PO Box 706<br>Columbus, NE 68602-0706 | Janet Dwoskin<br>209 Los Santos Dr<br>Bodega Bay, CA 94923-9702 | Jeffrey Feldbaum<br>8086 Camino Kiosco<br>San Diego, CA 92122-1830 |
| Jethro Tull/IAG Ltd<br>PO Box 2103<br>Malmesbury, England SN16 9QX | Jimmy M Glosetti/Don Bolles<br>5610 Soto St<br>Huntington Park, CA 90255-2629 | John Francis Simpson<br>5559 S Archer Avenue<br>Suite 3<br>Chicago, IL 60638-3145 |
| John Stalnaker<br>Chapter 7 Trustee<br>McGill Gotsiner, Workman and Lepp<br>11404 W. Dodge Rd., Ste 500<br>Omaha, NE 68154-2584 | Joy Division-New Order/Fractured Music<br>8 Chequers Road<br>Chorlton Manchester England M21 9DY UK | KAM - Kent Adamson Marketing<br>10778 W 107th Circle<br>Broomfield, CO 80021-7331 |
| Kimm Gardener/KGB Worldwide<br>2651 Tulane Ave<br>Long Beach, CA 90815-1237 | LKWID, LLC<br>2575 Fortune Way  F<br>Vista, CA 92081-8413 | Level Group LTD<br>2630 Elm Hill Pike  125<br>Nashville, TN 37214-3161 |
| Level Group Ltd.<br>404 BNA Drive, Suite 203<br>Nashville, TN 37217-2562 | (p)LEVINE PLOTKIN LLP<br>1501 BROADWAY<br>SUITE 1911<br>NEW YORK NY 10036-5506 | Licensed Right International, Inc.<br>209 Los Santos Dr.<br>Bodega Bay, CA 94923-9702 |

```
MUD                                 Mars Attacks/The Topps Company/Fanatic    Marvel Comics
7350 World Communications Dr.       8100 Nations Way                          1290 Avenue of Americas 2nd Floor
Omaha, NE 68122-4041                Jacksonville, FL 32256-4405               New York, NY 10104-0298


Marvel Comics                       Matthew Saathoff                          Misfits/Cyclopian Music Holdings LLC
500 S Buena Vista St MC 3301        440 Regency Parkway  13                   150 Clove Road - 5th Floor
Burbank, CA 91521-0001              Omaha, NE 68114-3790                      Little Falls, NJ 07424-2139


(p)NATIONAL ACCOUNT SYSTEMS OF OMAHA (p)NEBRASKA DEPARTMENT OF REVENUE        New World Sales
PO BOX 45767                        ATTN ATTENTION BANKRUPTCY UNIT            207 Union St
OMAHA NE 68145-0767                 PO BOX 94818                              Hackensack, NJ 07601-4246
                                    LINCOLN NE 68509-4818


Night of the Living Dead-Image Ten  OPPD                                      October Seven Sales
361 Prospect Road                   PO Box 3995                               PO Box 61365
Evans City, PA 16033-3201           Omaha, NE 68103-0995                      Durham, NC 27715-1365


Omaha Magazine                      One Stroke Inks                           Patrick Patino
5921 S 118th Circle                 458 Roberts Avenue                        Patino King LLC
Omaha, NE 68137-4431                Louisville, KY 40214-3002                 12020 Shamrock Plaza, Suite 200
                                                                              Omaha, NE 68154-3537


Peace Textiles/White Oak Commercial Fi  Perryscope                            Peter Anderson
PO Box 100895                       121 West 27th St Suite 603                19B Woodland Grove
Atlanta, GA 30384-4174              New York, NY 10001-6262                   London, England EC1V 3QW UK


Peter Saville                       Pirate Press                              Pitney Bowes
25-31 Ironmonger Row                1260 Powell St                            PO Box 981022
London, England EC1V 3QW UK         Emeryville, CA 94608-2641                 Boston, MA 02298-1022


Quest Diagnostics                   Quest Diagnostics                         Receivables Control Corporation
10020 Nicholas St                   PO Box 740780                             7373 Kirkwood Court, Ste 200
Omaha, NE 68114-2188                Cincinnati, OH 45274-0780                 Osseo, MN 55369-5264


Restaurant Technologies             Rhino Entertainment (Grateful Dead)       Rick Fox
12962 Collections Center Drive      777 South Santa Fe Ave.                   1102 Malinda Lane
Chicago, IL 60693-0129              Los Angeles, CA 90021-1750                Greenbrier, TN 37073-2143


Roellco Industries                  Rotella s Italian Bakery                  Royalty Accounting Services
PO Box 1                            6949 S 108th Street                       PO Box 42
Crosslake, MN 56442-0001            La Vista, NE 68128-5703                   Eisternwick, Australia 3185
```

| | | |
|---|---|---|
| S and S Active wear<br>220 Remington Blvd<br>Bolingbrook, IL 60440-3509 | S and S Activewear<br>8089 Solutions Center<br>Chicago, IL 60677-8000 | SEI Omaha<br>2238 S 156th SCi<br>Omaha, NE 68130 |
| SPS Commerce/Transworld Systems Collec<br>500 Virginia Dr.  514<br>Fort Washington, PA 19034-2733 | Sandbag LTD<br>50 Milford Road<br>Reading, England RG1 8LG UK | Sandbag USA<br>PO Box 65217<br>Reading, England RG1 8LG UK<br>Los Angeles, CA 90065-0217 |
| Smith, Pauley, Slusky,   Rogers LLP<br>At Blackstone Plaza<br>3555 Farnam Street, Suite 1000<br>Omaha, NE 68131-3302 | Social Distortion/Warner Music Inc<br>PO Box 749319<br>Los Angeles, CA 90074-9319 | Staples<br>PO Box 105638<br>Atlanta, GA 30348-5638 |
| Stevie Ray Vaughan/Future Shirts<br>3720 Keystone Ave<br>Nashville, TN 37211-3321 | Stouse Inc.<br>300 New Century Parkway<br>New Century, KS 66031-1128 | Sysco<br>PO Box 80068<br>Lincoln, NE 68501-0068 |
| TBJ Inc.<br>2600 W. Old Hwy 441  1061<br>Mount Dora, FL 32757-3548 | TForce Freight<br>28013 Network Place<br>Chicago, IL 60673-1280 | TForce Worldwide<br>PO Box 7410328<br>Chicago, IL 60674-0328 |
| Texas Chainsaw/Radar Licensing LLC<br>108 Garfield Place Fl 3<br>Brooklyn, NY 11215-2003 | The Addicts/Pete Nicholson<br>2540 Story Avenue<br>La Habra, CA 90631-5049 | The Collection Analyst, Inc.<br>PO Box 24622<br>Omaha, NE 68124-0622 |
| The Faint, LTD<br>520 S. 51st St.<br>Omaha, NE 68106-1304 | The Velvet Underground - Nico<br>3270 35th Street<br>Astoria, NY 11106-1261 | UMG Recordings<br>21301 Burbank Blvd<br>Woodland Hills, CA 91367-6679 |
| UPS<br>PO Box 1870<br>Ashland, VA 23005-4870 | UPS<br>PO box 809488<br>Chicago, IL 60680-9488 | US Attorney General<br>United States Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 |
| US Attorney s Office<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68102-1506 | US Shared Sevices - Warner Music Inc.<br>511 Union Street<br>Nashville, TN 37219-1733 | US Small Business Administration<br>Nebraska District Office<br>10675 Bedford ASv  100<br>Omaha, NE 68134-3605 |
| US Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Uline<br>Attn: Accounts Receivable<br>PO box 88741<br>Chicago, IL 60680-1741 |

Universal Electric
4348 South 90th St
Omaha, NE 68127-1310

Universal Music Enterprises
2120 Colorado Avenue - 3rd Floor
Santa Monica, CA 90404-5510

Universal Music Group
2220 Colorado Ave
Santa Monica, CA 90404-3506


VeriCore
10115 Kincey Avenue 100
Huntersville, NC 28078-6482

Verizon
500 Techknowledge Dr
Ste 500
Weldon Spring, MO 63304

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457


Waste Management
PO Box 55558
Boston, MA 02205-5558

Wells Fargo Equipment Finance
c/o Ryan Forret
800 Walnut Street
Des Moines, IA 50309-3891

Wells Fargo Financial Leasing
PO Box 3072
Cedar Rapids, IA 52406-3072


Wilco/Foxtrot Touring Co.
4040 N Kedzie Ave
Chicago, IL 60618-2441

William Montgomery
770 Lake Cook Rd, Ste 150
Deerfield, IL 60015-4990

Xorosoft/Diamond Peaks
14601 55A Ave.
Surrey, BC V3S 1B3 Canada


Zwicker and Associates
285 Davidson Ave 307
Somerset, NJ 08873-4153

Zwicker and Associates PC
100 Corporate Woods, Suite 230
Rochester, NY 14623-1423

Zwicker and Associates PC
80 Minuteman Road
Andover, MA 01810-1008


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


First National Bank
PO Box 2818
Omaha, NE 68103-2818

(d)First National Bank of Omaha
1620 Dodge Street Stop Code 3113
OMAHA, NE 68197

(d)Fnb Omaha
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103


Levine Plotkin   Menin
888 Seventh Avenue-10th Floor
New York, NY 10106

National Account Systems of Omaha
PO Box 45767
Omaha, NE 68145-0767

Nebraska Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509-4818


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Clover Accounting
50 Churchill Square  20
Kings Hill-West Malling, ME 19 4YU

(d)Gurstel Law Firm, P.C.
6681 Country Club Dr
Golden Valley, MN 55427-4601

End of Label Matrix
Mailable recipients   164
Bypassed recipients     2
Total                 166